RISTUCCIA ET UX. *v.* ADAMS ET AL.

No. 191.  Decided October 13, 1969

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

HAGAN ET AL. *v.* REAGAN, GOVERNOR OF CALIFORNIA, ET AL.

No. 279.  Decided October 13, 1969

PER CURIAM.

The judgment is affirmed. *Williams* v. *Virginia State Board of Elections,* 393 U. S. 320.